# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY K. DAY

      v.

JUDY McCULLOUGH and ELDON VIAL

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5264BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Day's objections are **OVERRULED**;

The R & R is **ADOPTED**;

This action is **DISMISSED with prejudice**; and

The Court **DECLINES to grant** Day a certificate of appealability.


   February 16, 2011  
Date

   BRUCE RIFKIN  
Clerk

   *s/CM Gonzalez*  
Deputy Clerk